UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

BENNY HAMMONS,   Case No. 3:19-CV-0063-MMD-CLB

        Plaintiff,   **ORDER**

  v.

DONTE,

        Defendant.
_____/

On November 2, 2020, defendants filed a motion for summary judgment (ECF No. 18). Plaintiff was given notice of the motion pursuant to the requirements of *Klingele v. Eikenberry*, 849 F.2d 409 (9th Cir. 1988), and *Rand v. Rowland*, 154 F.3d 952 (9th Cir. 1998) (ECF No. 22). To date, plaintiff has failed to file an opposition.

The court will *sua sponte* grant plaintiff one extension of time to **Wednesday, December 23, 2020** to file an opposition to the motion for summary judgment. No further extensions of time shall be granted. If plaintiff fails to file an opposition, the motion will be submitted to the court for decision as unopposed.

IT IS SO ORDERED.

DATED: December 2, 2020

_____
UNITED STATES MAGISTRATE JUDGE