UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BENNY HAMMONS,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>MICHAEL DANTE,<br><br>　　　　　　　　　Defendant. | Case No. 3:19-cv-00063-ART-CLB<br><br>ORDER |

　　　　Plaintiff Benny Hammons ("Hammons"), an inmate in the custody of the Nevada Department of Corrections, filed an amended complaint *pro se* under 42 U.S.C. § 1983. (ECF No. 3.) The Court's screening order describes the claims in the complaint that survive screening.[1] (ECF No. 4.) On August 16, 2022, the Court referred this case to the Pro Bono Program for appointment of counsel in light of the fact that Hammons will be required to articulate his claims at a jury trial. (ECF No. 54.)

　　　　The Court has been informed that pro bono counsel has been identified. Adam Hosmer-Henner, Esq., of McDonald Carano LLP, is hereby appointed as counsel for Hammons. The scope of appointment will be for all purposes through the conclusion of trial, but does not extend to the appeal, if any, of a final decision, which shall be the responsibility of Hammons. Accordingly,

　　　　**IT IS HEREBY ORDERED** that Adam Hosmer-Henner, Esq., of McDonald Carano LLP, is hereby appointed as pro bono counsel for Plaintiff pursuant to the Program.

　　　　**IT IS FURTHER ORDERED** that appointed counsel may seek

---

[1] Since the screening order dismissed the claims against the Doe defendants named in Hammons's amended complaint, the Court orders that the CM/ECF database and the case caption be corrected to list "Michael Dante" as the sole Defendant.

reimbursement of reasonable expenses or compensation for services in any manner authorized under the Program.

**IT IS FURTHER ORDERED** that Adam Hosmer-Henner, Esq., and McDonald Carano, LLP shall not be charged fees for use of the Court's electronic filing system in this matter for the duration of the appointment.

**IT IS FURTHER ORDERED** that within fourteen (14) days after completion of legal services, Adam Hosmer-Henner, Esq. shall submit a Notice of Completion Form to the Pro Bono Liaison.

**IT IS FURTHER ORDERED** that in conjunction with this appointment of counsel, the Office of the Attorney General and shall make available to appointed counsel, all of Plaintiff's medical records and I-file as determined necessary by appointed counsel.

DATED THIS 6th day of February 2023.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE