UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BENNY HAMMONS,<br><br>                    Plaintiff,<br>   v.<br>MICHAEL DANTE,<br><br>                    Defendant. | Case No. 3:19-cv-00063-ART-CLB<br><br>ORDER TO TRANSPORT PLAINTIFF |

The Court is conducting an in-person jury trial to begin Monday April 15, 2024, at 9:00 a.m. and continuing daily at 9:00 a.m. until it is completed (ECF No. 78).

IT IS ORDERED that the Nevada Department of Corrections (NDOC) shall transport inmate Benny Hammons, NDOC # 1050122, to the Bruce R. Thompson Federal Courthouse, 400 S. Virginia Street, Reno, Nevada, to personally attend the jury trial scheduled for April 15, 2024, at 9:00 a.m. in Reno Courtroom 6 before the Honorable Anne R. Traum.

IT IS FURTHER ORDERED that the Clerk of Court shall provide a courtesy copy of this order to the U.S. Marshal's Office in Reno, NV.

DATED this 19th day of March, 2024.

_____
Anne R. Traum
United States District Court Judge